# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   CURTIS P MIREE                             §
                                                    §   Case No.: 11-29139
                                                    §
         Debtor(s)                                  §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 07/15/2011.

2) This case was confirmed on 09/29/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/23/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/12/2011, 12/12/2011, 07/09/2012.

5) The case was dismissed on 08/30/2012.

6) Number of months from filing to the last payment:  13

7) Number of months case was pending:  17

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     4,650.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 12,765.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 12,765.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,522.23 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 511.65 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,033.88 |
| Attorney fees paid and disclosed by debtor | $ | 977.77 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIA | SECURED | 31,130.00 | 37,001.97 | .00 | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | 2,409.65 | .00 | 37,001.97 | 234.83 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 9,177.16 | 1,138.32 | 1,138.32 | 1,138.32 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 2,815.90 | 2,739.98 | 2,739.98 | 2,739.98 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 140,000.00 | 53,250.38 | 53,250.38 | 5,012.24 | .00 |
| AFNI INC | UNSECURED | 610.86 | 410.45 | 410.45 | .00 | .00 |
| ABILITY NETWORK INC | UNSECURED | 1,800.00 | NA | NA | .00 | .00 |
| ACHIEVE THERAPY | UNSECURED | 2,380.00 | NA | NA | .00 | .00 |
| ABILITY NETWORK INC | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ALPHAGRAPHICS | UNSECURED | 692.00 | NA | NA | .00 | .00 |
| CTRS FOR MEDICARE & | UNSECURED | .00 | NA | NA | .00 | .00 |
| CTRS FOR MEDICARE & | OTHER | .00 | NA | NA | .00 | .00 |
| GRANITE RECOVERY LLC | UNSECURED | 4,105.02 | 5,253.61 | 5,253.61 | 33.34 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 233.15 | NA | NA | .00 | .00 |
| CRS HOME THERAPY PC | UNSECURED | 370.00 | NA | NA | .00 | .00 |
| CRS HOME THERAPY PC | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| CRS HOME THERAPY PC | UNSECURED | 425.00 | NA | NA | .00 | .00 |
| CRS HOME THERAPY PC | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| CRS HOME THERAPY PC | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| CRS HOME THERAPY PC | UNSECURED | 1,890.00 | NA | NA | .00 | .00 |
| CRS HOME THERAPY PC | UNSECURED | 450.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CRS HOME THERAPY PC | UNSECURED | 740.00 | NA | NA | .00 | .00 |
| DIRECT LOANS | UNSECURED | 37,080.88 | NA | NA | .00 | .00 |
| DIRECT LOANS | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 374.50 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 303.39 | NA | NA | .00 | .00 |
| QUANTUM HEALTHCARE S | UNSECURED | 5,558.18 | NA | NA | .00 | .00 |
| DRYER OOMS & VAN DRU | UNSECURED | 648.58 | 6,685.07 | 6,685.07 | 42.43 | .00 |
| DRYER OOMS & VAN DRU | UNSECURED | 363.40 | NA | NA | .00 | .00 |
| FAITH HAWLEY | UNSECURED | 1,053.00 | 1,053.00 | 1,053.00 | .00 | .00 |
| MEDLINE INDUSTRIES I | UNSECURED | 1,249.63 | 1,249.63 | 1,249.63 | .00 | .00 |
| HEALTHCARE SYNERGY I | UNSECURED | 400.00 | 3,176.39 | 3,176.39 | 20.16 | .00 |
| HEALTHCARE SYNERGY I | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| ILLINOIS STATE POLIC | UNSECURED | 370.00 | NA | NA | .00 | .00 |
| IRON MOUNTAIN | UNSECURED | 188.44 | NA | NA | .00 | .00 |
| IVANS INC | UNSECURED | 668.03 | NA | NA | .00 | .00 |
| IVANS INC | UNSECURED | 55.64 | NA | NA | .00 | .00 |
| JAMES L POLICCHIO & | UNSECURED | 2,100.00 | NA | NA | .00 | .00 |
| MARC MATTESON LLC | UNSECURED | 22,884.24 | NA | NA | .00 | .00 |
| MARC MATTESON LLC | OTHER | .00 | NA | NA | .00 | .00 |
| MARC MATTESON LLC | OTHER | .00 | NA | NA | .00 | .00 |
| MRC RECEIVABLES | UNSECURED | 1,275.51 | NA | NA | .00 | .00 |
| MRC RECEIVABLES | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,087.94 | 1,107.84 | 1,107.84 | .00 | .00 |
| PALMETTO GBA LLC | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| PERFORMANCE SOURCE | UNSECURED | 1,023.45 | NA | NA | .00 | .00 |
| PERSONNEL PLANNERS I | UNSECURED | 1,330.00 | NA | NA | .00 | .00 |
| PERSONNEL PLANNERS I | OTHER | .00 | NA | NA | .00 | .00 |
| PERSONNEL PLANNERS I | UNSECURED | 1,075.00 | NA | NA | .00 | .00 |
| PITNEY BOWES INC | UNSECURED | 211.44 | NA | NA | .00 | .00 |
| QUANTUM HEALTH CARE | UNSECURED | 3,026.00 | NA | NA | .00 | .00 |
| PRIVATE DENTAL SERVI | UNSECURED | 319.20 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 1,276.00 | NA | NA | .00 | .00 |
| RON KOVAR | UNSECURED | 1,070.00 | NA | NA | .00 | .00 |
| RON KOVAR | UNSECURED | 570.00 | NA | NA | .00 | .00 |
| SEARS HVAC SHIP | UNSECURED | 473.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| THE F1 GROUP LLC | UNSECURED | 20,313.81 | 18,313.81 | 18,313.81 | 116.23 | .00 |
| THE F1 GROUP LLC | OTHER | .00 | NA | NA | .00 | .00 |
| THE GALLERY COLLECTI | UNSECURED | 185.66 | 365.07 | 365.07 | .00 | .00 |
| UNIVERSAL REHABILITA | UNSECURED | 11,945.00 | NA | NA | .00 | .00 |
| UNIVERSAL REHABILITA | OTHER | .00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 40,000.00 | 37,293.29 | 37,293.29 | 236.68 | .00 |
| VERIZON WIRELESS | UNSECURED | 2,929.12 | 1,583.69 | 1,583.69 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| WENDY WOODSON | UNSECURED | .00 | NA | NA | .00 | .00 |
| WENDY WOODSON | OTHER | .00 | NA | NA | .00 | .00 |
| MARC REALTY INC | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 1,814.24 | 1,814.24 | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | NA | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 163.68 | 163.68 | 139.18 | .00 |
| LIGHTHOUSE REHABILIT | UNSECURED | 340.00 | 1,368.50 | 1,368.50 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 623.32 | 623.32 | .00 | .00 |
| BRIGHTSTAR HEALTHCAR | UNSECURED | 2,980.19 | 2,794.10 | 2,794.10 | 17.73 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 445.99 | 445.99 | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 1,109.03 | NA | NA | .00 | .00 |
| BROOKS FINANCIAL STR | UNSECURED | 8,891.00 | NA | NA | .00 | .00 |
| BROOKS FINANCIAL STR | UNSECURED | 8,471.66 | NA | NA | .00 | .00 |
| CALIFORNIA CASUALTY | UNSECURED | 27.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO HEIG | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| COMED | OTHER | .00 | NA | NA | .00 | .00 |
| IVANHOE DENTAL GROUP | UNSECURED | 51.27 | NA | NA | .00 | .00 |
| LIGHTHOUSE REHABILIT | UNSECURED | 425.00 | NA | NA | .00 | .00 |
| PENCREDIT CORP | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| PRACTIS INC | UNSECURED | 165.00 | NA | NA | .00 | .00 |
| PRUDENTIAL PUBLISHIN | UNSECURED | 365.00 | NA | NA | .00 | .00 |
| TONJA GARNER MARTIN | UNSECURED | 684.00 | NA | NA | .00 | .00 |
| TONJA GARNER MARTIN | OTHER | .00 | NA | NA | .00 | .00 |
| ZARZOUR KHALIL & TAB | OTHER | .00 | NA | NA | .00 | .00 |
| WAKEFIELD & ASSOCIAT | UNSECURED | 365.07 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 413.00 | 413.00 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 233.25 | 233.25 | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 610.86 | NA | NA | .00 | .00 |
| CHASE HEALTH ADVANCE | UNSECURED | 1,289.68 | NA | NA | .00 | .00 |
| ABILITY NETWORK INC | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ABILITY NETWORK INC | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 270.06 | NA | NA | .00 | .00 |
| FAMILY MED CARE CENT | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| SERENITY MARKETING | UNSECURED | 7,125.00 | NA | NA | .00 | .00 |
| SERENITY MARKETING | OTHER | .00 | NA | NA | .00 | .00 |
| TOM VAUGHN CH13 TRUS | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 57,128.68 | 8,890.54 | .00 |
| **TOTAL PRIORITY:** | 57,128.68 | 8,890.54 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 121,349.90 | 840.58 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,033.88 |
| Disbursements to Creditors | $ | 9,731.12 |
| **TOTAL DISBURSEMENTS:** | $ | 12,765.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/29/2012                              /s/ Tom  Vaughn
                                                 Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**